# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEOFILA HALLOWELL<br>　　　　Plaintiff,<br><br>v.<br><br>POST MASTER GENERAL OF THE UNITED STATES POSTAL SEVICE, LOUIS DEJOY, JOHN /JANE DOES 1-20, UNITED STATES POSTAL SERVICE<br>　　　　Defendants. | Civil Action No. 21-90 (KM)<br><br>**ORDER OF DISMISSAL** |

A Notice of Call for Dismissal was filed on April 13, 2021 (ECF No. 3) pursuant to Federal Rules Civil Procedure Rule 4(m) as to all defendants; and the time to serve the summons and complaint expired;

**IT IS** on this 6th day of May, 2021,

**ORDERED** that the above captioned action is dismissed in accordance with Federal Rules of Civil Procedure Rule 4(m) and the inherent authority of this Court to manage its docket.

　　　　　　　　　　　　　　　　　　/s/ Kevin McNulty
　　　　　　　　　　　　　　　　　KEVIN MCNULTY
　　　　　　　　　　　　　　　　　U.S. District Judge